IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-256-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUIS MIGUEL EGUI-CEDILLO | ) | |

This cause comes before the Court on defendant's motion to dismiss the indictment. [DE 30]. Having reviewed the briefing of the parties, the Court determines that a hearing on the motion is warranted. However, and in light of the appeal pending in *United States v. Herrera-Pagoda*, No. 20-6194 (4th Cir.), in which oral argument has been held, the Court will calendar the hearing in this matter ahead to its October 2021 term. Either party may seek relief from this delay by motion.

SO ORDERED, this 29 day of July, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE